# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2024

## NO. 03-23-00224-CV

**Madeleine Connor, Appellant**

**v.**

**Lauren Heather McMahan, Appellee**

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
## VACATED AND REMANDED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on April 17, 2023. Having reviewed the record and the parties' arguments, the Court affirms the trial court's denial of Connor's motion to dismiss under the Texas Citizen's Participation Act. However, we agree that the order awarding attorney's fees that was signed after Connor filed her notice of appeal was voidable. We therefore vacate the trial court's April 17 order and remand the case for further proceedings. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.